One case this morning and appearing with us via videoconference is Judge Garth from Connecticut Where he's I think sitting right now or staying. Is that where you're from Len? I'm from good morning The good morning the case we have before us is Keystone Redevelopment Partners LLC versus Decker et al number 10 dash 1054 and we have mr. Wellington and Russians and then mr. Overstreet Good morning Ralph Wellington for appellates. I would like to reserve three minutes. Just put that up your is that better your honor? That's perfect All right. Thank you. I would like to reserve three minutes for rebuttal and I think that's reflected on my clock. That's fine And mr. Groshin's and I are sharing argument he has to thank you very much and the Maybe the first question is if you could on the quasi judicial immunity if you could go through I Take it that what judge Jones he went through the buts factors to some extent But then decided he didn't have enough information before him. He wanted to do some discovery. Is that correct? that is essentially correct your honor based upon a couple of allegations that Keystone had made and Why do you think it's not necessary to do that that we should decide now Let's start from the general proposition that quasi judicial immunity is the right of public officials not to be sued in their individual capacities based upon decisions that they have made and not just the opportunity to prevail ultimately in those lawsuits and this court in bass versus a tardy and others has described quasi judicial immunity as quintessentially a legal question So you don't have to then defend if in fact it's appropriate and what is also important here Is that Keystone? Has not contested has made no allegation that the board did not act in its board capacity which and so the butts analysis is in fact the analysis that that both Butts and this court four years ago and docile said is the analysis one goes through and that is a legal analysis and if we ultimately judge Ambrose Judge Jones below found issue with only one of those factors And if you would permit me just in 45 seconds to tick through the others I think we can put them away and then address the problem that he had The first one can the board perform without intimidation or harassment We would say this is an example of know the first licensing decision. The board has made it has been sued by a very wealthy Disappointed applicant much is what happened in the docile case Are there institutional safeguards that was found to be satisfied by the court below prior notice? Right to counsel sworn testimony transcript written opinions Third test are there insulation from politic is there insulation from political influence? These members are appointed to by the General Assembly and the governor to terms They cannot be removed except for cause their terms are two years or three years in the docile case the term appointed terms of that Board were three years About the importance of precedent the importance of precedent Keystone actually criticizes this courts analysis in the docile case about that factor because this is similar to the Board in the docile case in a way that it is apply what it it. They're very clear statutory Criteria for awarding but at the same time, isn't it fundamentally different? I mean there is a It appears to me that there is a major difference between a supervisor in a township applying Not only the municipalities planning code but also the ordinance in that township to a particular decision as to whether to issue a permit or not issue a permit and a board member on the Pennsylvania Gaming Control Board Using its discretionary authority under the statute But using this discretionary authority to determine which of the five applicants would get the class to licenses in Philadelphia Your honor. I don't I don't believe there is fundamentally a difference and let me in that The statute is very clear and I identifying criteria appropriate economic criteria that need to be considered the board in in us and evaluating these licensees issued a 300 and some paragraph specific factual finding 113 page opinion adjudication setting out all the facts after the other elements will get to So it applied the legal criteria that it has been given it There is its first licensing decision So there is no precedent to follow but it met that factor under buts by applying the criteria It was given by law. Although it applied that criteria. It still had a choice on a broad range of issues as To which of the two applicants out of five should get those two licenses. It seems to me that And I phrased my question to you initially it seems to me that there is just such a fundamental distinction between us a board of supervisors in zoning and The members of the gaming control board in Pennsylvania acting on license the issuance of a license In other words the first one the in docile you had people having to follow What the zoning code said? Prior decisions and whatnot here. It appears. There's a significant issue with regard to the Significant very significant amount of discretion that's given to the board members to make the decisions to who to whom to give licenses well, ultimately in any ultimately in any case where Public officials are not sitting as a judge And then we put aside the absolute immunity tests That's what this is all about is this process characteristic of the judicial process and that's so much so that they should be given the Same and and that is what the only test that the courts have devised for that is the buts factor analysis and as we've said we've been taking through them and All of the originals are satisfied and judge Fischer has asked some questions about is there too much discretion involved here? I gather is what you're thinking, but whether if you look at the other Any licensing board municipal licensing board has the discretion ultimately to grant or not grant a license Applying the factors in their statute and that's exactly what was done here But there weren't there weren't three people in front of that board in docile Saying we want you to decide which of us gets a permit Your honor that that's true, but that doesn't render this decision any less Of a if you look at all of the bets factors This is a decision applying statutory principles to a set of facts carefully managed Yes, there were more than one applicant But Respectfully, I don't think that makes the ultimate distinction And if we then move to the next factor which in but so this court said was the most important one the availability of appellate Review, that's how about the adversarial nature of the process. Yes, that's clearly where The district court had a couple of had an issue and it mistakenly Adopt I Got caught up in two allegations that Keystone made that were not accurate. Let me just put those aside the court said that Keystone had alleged it did not have the efficient right to counter testimony of others That is in fact Guaranteed by the statute and if you look at pages 11 to 12 of our main brief all of the elements and in fact The way they use that in the actual hearing is set forth And in fact, they had the right to file supplemental briefs and provide supplemental argument that is simply an error and it's guaranteed by statute the court also said that There have been allegations of ex parte Which affected the adversarial nature that is also wrong as a matter of fact the this it's not permitted by the statute except for clarification of Facts that that will then be introduced into evidence the same procedure Existed in the Butts case that the Supreme Court found where the Supreme Court found that the decision makers for the Department of Agriculture were separate from The people checking the facts of the people who are filing the application. There was no ex parte conversations with applicants. And in fact that Didn't that was an error Where the court had trouble was the absence of cross-examination Yes in this particular proceeding. There is not at there is no cross-examination by Opposing applicants, but let's make a couple of things clear in Butts and I quote from Butts right now the this issue of being able to attest evidence the court said F quote evidence will be subject to attack through cross-examination Rebuttal or reinterpretation by opposing counsel and quote Cross-examination was not the scene of quite known and in fact two of those three were present here and utilized by Keystone No case has ever found that to be the the the essential element of adversarial or not And in fact, we cite the Fifth Circuit in the Fourth Circuit that have applied quasi judicial community Immunity in situations in the Franklin case of the Beck case where cross-examination didn't exist so all you To say that a single factor from the Butts factors. I'm not sure is there. Let's go into discovery Destroys the concept of quasi judicial immunity, which is to be protected from being sued when you're acting in that public-official Context I realize my time is up Are there any questions on qualified immunity judge Garth or judge Fisher? No, I have We'll hear from mr. Groschen, all right, thank you back on rebuttal May it please the court Tom Groschen's for HSP gaming HSP gaming might be wondering why we're here HSP gaming has a vested immediate and direct interest in licensing decisions being made in objective framework in in the absence of the kind of psychological impact at the specter of personal individual liability and potentially staggering amounts could have and We believe it's important that the gaming board members in the context of licensing decisions be protected by The district court's emphasis upon factual matter certainly if this was a judicial Hearing that is before judge arrow before judge Fisher before myself If we made a factual error You would not be able to Come against us in Personal Absolutely, not your honor and we agree wholeheartedly We agree wholeheartedly that the question of quasi judicial immunity should be decided not based on allegations But based on the statutory framework in which licensing decisions are made in the regulatory Framework here is Abhorrent to the proposition that your advocate the Licensing the reg board has regulations which Set forth the procedures in which they make licensing decisions. No ex parte context sworn witnesses creating a record a Documentary record that becomes part of the record in the docket Well, let me ask you something if a judge in fact did have an ex parte contact as you've Just emphasized that will enable you to sue him for personal liability No, your honor. I Didn't hear you. No, sir, not in my understanding The one factor here that apparently has Caused the problem is the factor that the There was some sort of connection That might be asserted With Atlantic City, New Jersey casino not so Yes, your honor And that's the one factor that apparently swung the Decision Against your clients your honor. I don't think the record supports that that was one of many many factors that the gaming board considered The gaming board found that the Trump proposal to have another a number of other Problems that made it less worthy in this competitive process. I My essential point is that at every step of the way HSP gaming consider this both a judicial process and an adversarial process There's no right direct right of cross-examination But prior to final hearings in this matter every part of the affidavits to be submitted I'm sorry, your honor What about the contrary affidavits that could be submitted under the statute? if there was no actual Examination Contrary to that testimony had been Affidavits or by other means? Yes, your honor under the under the board's Regulations each party each applicant was entitled to submit Comparative evidence in fact in this case Trump did submit comparative evidence Which in essence said sugar house your traffic proposal is going to create a the lobjam from Wilmington to New York City We responded with our own reports and revisions to our traffic proposal to directly address those claims so To us that was effectively cross-examination Thank thank you very much I'm here for mr. Overstreet and while he's coming up Is there are there any student or students from the Widener University School of Law here Welcome pleasure having you Good morning at David Overstreet on behalf of Keystone redevelopment partners LLC And I'll start where the court was and questioning counsel for the appellants And let me ask you the just where the district court was the start there may be back in the dugout District court felt that there needed to be some factual development on the issue of immunity What factual development does there really need to be isn't this really a Doesn't when that the whole idea of Quasi judicial immunity or qualified immunity is immunity from suit Why would you want to get into the thicket of factual development? When you're supposed to decide such things at the outset of a case That and that is correct and as this court noted in dot cell Arguably if there were facts in dispute this court may not have jurisdiction under the collateral Order doctrine to entertain this appeal at this time But I think this court addressed that very point in the quickie decision Where it discussed absolute immunity in the context of a motion to dismiss and said at that stage you take the facts as alleged in Complaint and you accept the facts as alleged and then if you proceed to summary judgment as this court is observed in that context You view the facts most favorable to the non-moving party So this with respect to the facts that are before this court I would submit that the rule is is that the facts as pled Are those that accepted and what the district court was saying here is if we accept those facts as we must There's no application of judicial immunity at this stage However, if we go and develop a record and come back at summary judgment or perhaps at trial then that then I may rule Otherwise, but at this point I have met forced to accept the facts as pled by Keystone Which is in fact the correct standard at this stage of the proceeding because we are up on a motion to dismiss Why don't you run through the butts factors? Well, let me and let me focus on the two that seem to to be of interest to the court in particular The adversarial nature of the process and we compare this both with the traditional understanding of the judicial process and in particular with the dot cell decision, but neither One of the things that people seem to be focusing on is the ability to cross examination or cross-examine but in neither Butts nor in docile was there the ability to cross-examine was there? no, actually there was buts buts involved an administrative law judge conducting an immense ALJ hearing under the Guiding principles there. And in fact, it was it was a judicial like proceeding And and this is more like Cleavinger where the Supreme Court ruled that the absence of cross-examination No, not necessarily It's not an essential element But it's one component of making the determination of whether to extend the extraordinary protection of judicial immunity Asking the question of whether and why qualified immunity is not enough in this particular case And and I think what's important here is the cross-examination factor has to be understood in light of the entire process here and in particular What the board did here is something unlike any court and that is that they went out and conducted their own investigation They hired experts they hired investigators. It says in their opinion that they the board contacted law enforcement agencies They collected their own evidence They then went out and solicited public comment not for purposes of just considering it But that public comment became part of the record But at the end of the day, they did a hundred and thirteen page opinion of which two pages tops deal with the issue that you're concerned with Which is that somehow they disfavored you because you had Atlantic City interest If we're moving now from the application of the butts back to sort of the merits of the claim I'm just saying I'm just I'm just saying in the perspective is that yes, they looked at a lot of information But they did a hundred thirteen page opinion Certainly they did and and and if we look at licensing decisions by the Pennsylvania Department of Environmental Protection They can be hundreds of pages long as well And no one has ever contended that the secretary of the Department of Environmental Protection is acting like a judge when he and she issues a landfill permit It's not the length of the decision as the Supreme Court has made clear both in butts and in Cleavenger and in Antoine and as judge Posner said in his dissent and Forrester v. White you really need to look at the nature of the action here You really need to examine all the components of the action and act was this judge? What's this judge like does it have the characteristics of a judicial proceeding and unlike in dot cell they're missing here There really was no adversarial process. You had multiple separate hearings conducted on different days. The parties weren't there together You know you they heard from one party and then and then on another day and another proceeding they heard from another party the only people Entitled to question were board members board council and board agents So all of this information came in and it wasn't vetted. Mr. Oversee this move to the the board member the former board members are also asking for qualified Let's move away from the quasi judicial immunity question for a second to the to the qualified immunity question Can you cite me to any case Where either we have held or Supreme Court has held that the utilization of a factor in considering an application Violates the dormant commerce clause as opposed to What practically all the cases say is where you have a statutory bar? From somebody participating in a particular activity Give me a corollary case where anybody said this factor could be that dormant commerce clause violation. I'll set you the case It's nearly on point Although we're talking about we're talking about milk and not about gaming and that's the HP hood son case from 1949 but the Supreme Court dealt with a Nearly identical fact pattern where someone had applied for a license to open up a dairy in New York and New York said no I'm gonna look at my factors and one of them as here was that ultimate discretion with respect to what's in the best interest of New York and that and applying that factor the licensing board said no We're going to protect our our New York businesses by not allowing this one in in that case What they wanted to do is they wanted to ship the milk to Boston and the licensing board said no No, we're not going to allow you to come in and engage in interstate commerce in looking at this I'll take your New York milk case 1948 You Know which test do we use here? I mean if If in fact the board's action was not discriminatory Okay, don't we have to use the pike balancing test? Oh, yeah, absolutely, but we don't we don't get there, right? We don't balance here because this one is Discriminatory both on its face and its practical fact and then its purpose you say because the New York milk case I say because of the the action itself There were I Look at that decision It seems to me the principal reason why the two that were chosen were chosen and your client was not chosen was a location Okay Now, you know the location was different than the locations that were chosen for the two winning applicants And you know, they threw in to justify it looks to me They threw in to justify their decision on location the fact that Keystone also had an Atlantic City Interests and that there was a potential for some monopolization of the gaming market by Trump by you know, tying in Trump Casino Atlantic City and elsewhere to To this facility. I mean, I don't see you know I don't see how that gets you out of the pike balancing test well, well, I think it does and and and and perhaps, you know, I think the the district court quoted the the entirety of the board's analysis of this particular question and what the board said is it was concerned about luring of Pennsylvania gaming participants to Atlantic City wanted to wall off the Philadelphia market So people wouldn't be enticed to travel to Atlantic City and and that's a classic interference with interstate commerce. It's discriminatory on its face and But their action at the same time at least one of the successful applicants Had a gaming interest in Connecticut Sure, certainly and so they so they in that case They weren't concerned because they didn't have to worry about people driving up to Connecticut to game They were worried about the 45-minute drive down the Atlantic City Parkway So your bottom line is you don't think you get to the pike balancing test. No, absolutely not. This is this is a discrimination Discrimination. Okay, you get if you get to the pike balancing test. Can you win? I'm not sure your honor. I haven't analyzed it under that test because I think it I'm not sure that we get there And and I would submit really it seems to me what your question might be Perhaps also as an inquiry into whether there's you know, where there's multiple factors considered by a licensing board, you know What do you do with the fact that this was one of many considerations? Let's assume arguing We know that this was an unconstitutional consideration, but they had all these other reasons Well, the Supreme Court has dealt with that fact pattern in the Mount Healthy school case And it said that what happens there in fact is you shift the burden of proof? And we've they the burden then shifts to the acting party to show by the proponents of evidence that it would not have taken the Same action and of course we didn't get that far in the breeze because that really goes to the next stage of this case But essentially that's that's in part an answer to the question I think that the qualified immunity you you have to show Deal with the Commerce Clause that's your stronger argument that there was a violation of the Dormant Commerce Clause and then to That that was the right that you have is clearly established What makes you think that whatever right you you claim with respect to the Dormant Commerce Clause is clearly established Well again, we rely on HB Hood and its progeny to suggest that that the law the right the corresponding obligation And the Hofeldian sense is clearly established and that there's really is no question that a state licensing body cannot discriminate against applicants for the purposes of protecting in-state businesses to the disadvantage of interstate commerce it The only way you can get a remove from that is to try to distill this down into a fact Specific inquiry in this court is recognized. You don't when performing the clearly established analysis You don't have to have precise factual correspondence. That would be impossible. And so we're not suggesting there's another you you look at At the factual context. Do you not? Generally speaking and I think hood is right on point the decision reads Very much like the district court opinion here It really truly does and that you look at what happened there and the words are almost verbatim What the what the what the board held in its adjudication if you read what the licensing board did in hood It's nearly on point except what we're dealing with milk and and it's clearly established I don't think there is a lawyer in this room that would stand up and say well We didn't know in hood. The court said we will not give you a license because we view as a very Significant factor that you are not are not from our state or you are not from our state And if we give you a license, you'll divert Commerce to the other state. Yeah, correct. You're engaging in interstate commerce We're gonna protect our local businesses that are not engaged in interstate commerce. We're not gonna let you in our state They wanted in that case. They wanted to ship milk from New York to Boston That was the interstate commerce like here The allegation is that we'd want to you know Shuffle customers to Atlantic City to engage in interstate commerce and it's the same reasoning Let you enter our state New York because you make the milk elsewhere That's different Than the context we have here and that really wasn't the fact pattern hood The milk wasn't made out where they wanted to open a processing plant in New York And the concern was is that that would compete with local Processing plants the same way the casinos in Philadelphia would compete and that this one Processing plant was going to ship its milk to Boston and engage in interstate commerce the same way The board here was concerned that we'd be shipping customers to Atlantic City. It's the the factual analogies It's pretty darn tight. I would argue in that case So we would think it was clearly established and we think the district court was correct If we return again to the quality to keep in mind that we don't get there If there is quasi judicial immunity Well, and that's right And and you know You have to go back to the purpose of quasi judicial immunity into the origins here You can't you can't apply these buts factors in some sort of abstract It has to be done in context just as this court recognized and thought so when you said it correctly Yeah, is the process it devolves to whether this process is characteristic of a judicial process, right? And you have to look at it its entirety, you know when we talked a lot about the cross-examination component But that's really just that that's part of the problem here the idea that that a that a tribunal Would go out and conduct extensive investigation hire experts put together task force take all this evidence and Disallow the opposing party the opportunity to cross-examine it to vet the reliability the credibility the bias and interest of these experts That's unheard of that doesn't happen in a judicial proceeding and it's simply it happened here the same thing with the public comment That would be the public comment process and in this case was similar to a judge getting down off the bench and saying okay We've heard from the plaintiff and we've heard from the defendant now I'm gonna go out in the gallery and I'm gonna see what they think and by the way members of the jury you should pay attention to this because I'm gonna go out and talk to these people and take their comments and you should factor these into your Decision, but you know counsel you don't get to ask them any questions. You don't get the cross-examine What you're talking about here is the ability to have ex parte communications with others in this idea that there were an ex parte communication That's flat-out wrong. First of all, it's a game with a definition of ex parte and in the board by its own regulations It's obligated to go out and conduct investigations in its own Adjudication there's a paragraph that says the board contacted and list the the the enforcement agencies the board Contacted so that's the first thing The other thing is is that within that prohibition on ex parte contact is an express exception that swallows the rule So even if it's ex parte contact they can have them for the purpose of clarifying ever example Let's just go to the zoning boards. Can't they go out and speak with others in terms of making their decision? Absolutely, no, you're not under Pennsylvania law now when they're acting in an adjudicatory capacity like the in a conditional use application context and You're not permitted For example people on the legal side of the Commonwealth Consult with respect to the merits of a particular case With Aspects of law What they can rely on the vice of the solicitor if the solicitor is representing the board in the proceeding or other independent counsel But these are adversarial proceedings. I participated in dozens of conditional use applications These are truly adversarial shoes and the important thing there all of the testimony including the public comment comes in through the adversarial proceeding It comes in subject across examination and vetting and in some sort of credibility termination I see that my time is up if there are no more questions Thank you very much At least in your brief you do not concede the buts factor on the opportunities for outside influence Do you know political influence your honor? No, we think in fact, it's Not only is it? The negative here. It's in short. Keep in mind that these the legislative appointees Their terms are tied to their appointing legislator. It's as if the legislators sitting there I mean, they're two-year terms tied to the cycle and so to suggest that they're insulated and political influences Nor is reality. He also raised. Do you not the question about? the qualified majority Well, absolutely having all legislative and at least one gubernatorial vote. It's it's a veto power Yeah to the legislative members and so that's attempt to suggest that that's somehow and you know insulated But but in terms of you know going back to the disseminate just in closing I'd recommend two additional considerations judge Posner's dissent and the force of rewrite is truly illuminating there was also a 1980 or 79 Duke Law Journal Law Journal article on the history of judicial immunity And I think they provide some essential factual context in historical times text about the reach of this Extraordinary relief that the board seeks. Thank you I Briefly I I want to focus first on this ex parte Communication. Let's let's be absolutely clear I read from the statute not a board member shall not engage in any ex parte communication with any person the one exception to that section and I'm reading from section 120 2.1 20 is that shall not include off-the-record communications with the Department of Revenue State Police Attorney General or other law enforcement Officials prior to the beginning of the proceedings solely for the purpose of seeking clarification or correction of evidentiary materials Intended for use in the proceeding which then are public I would direct your honors and this communication Does it occur during the hearing or does it have to occur prior to the hearing? I believe it occurs prior to the hearing your honor But I don't want to I do not want to make a statement that I cannot Be certain my understanding was it would occur prior to that's my understanding as well and then they hear the evidence is there and I and your honor if you look at The Butts decision itself from the Supreme Court. One of the telling reasons that they found that that similar activities by people investigating for the Department of Agriculture is that They were that other people performed the first prosecutor prosecutorial investigating functions and That separated the decision-maker and that was fine with Butts and that's what happened here. There was no improper ex parte communication to respond Just a further thought your honor on The question you had judge Fisher about whether one applicant versus more applicants makes a difference in in the application of the Butts factors and it's if If that were the distinction then ultimately any public official involved in a licensing context that had more than One applicant would not be able to get quasi-judicial immunity and that just I don't think there's a basis for reaching that decision And Finally just to respond judge Ambrose you asked some questions about the second element of qualified immunity because both of those elements must be present what about the the argument that the HB hood case is very close by analogy to our case and Would show that there is clearly established a constitutional right with respect to the Dormant Commerce Clause in this case Your honor a much more a case much closer is a decision from this court a month ago in the Kelly decision And that's and the reason for this the reason is the analysis there is precisely the appropriate analysis in Kelly as the court knows There was an allegation that the policeman violated First Amendment right of the person he arrested No one can claim that you don't have you know that people have First Amendment rights And that's essentially what the court below here said oh We all know that there's a Commerce Clause and equal protection, and they've made allegations that they were breached therefore We go to the next step, but no, but the appropriate inquiry is is what your honor asked is the actor Does the actor when doing the conduct that is alleged to have violated that right? Know or should have reasonably known that they were violating that Potential constitutional right and here just considering a factor Which ultimately was not even the decision the basis of the decision which was location location location? Considering a factor that people think oh What is the possible bait what case says that would put them on notice that they're violating a Constitutional right to the cut of the Commerce Clause of equal protection because there is no such decision And so that second element isn't excuse me both of the licenses given here were given to Were they given to out-of-state interest one was one was given to an out-of-state owner one was an in-state owner Thank you, thank you very much Thank you to all counsel for very well presented arguments and also very well done briefs The matter under advisement as we are going to confer very shortly after this I would ask if we could have the courtroom cleared and We'll go from there again. Thank you very much